**95–81.** Moore v. Dayton Power & Light Co. *Montgomery County*, No. 14482. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at pages 1–2 of the court of appeals' Decision and Entry, rendered December 16, 1994. *Sua sponte*, this cause is consolidated with 95-69, *supra*.

COOK, J., not participating.

**95–128.** State ex rel. Morley v. Lordi. In Mandamus. On motion to dismiss and on relator's motion for alternative writ. Alternative writ granted.

**95–133.** State v. Sibert. *Adams County*, No. 93CA562. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**95–165.** State v. Jimenez. *Franklin County*, Nos. 94APA06–918, 94APA06–919 and 94APA06–920. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–169.** State v. Allen. *Cuyahoga County*, No. 65806. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**95–179.** State v. Hale. *Summit County*, No. 16251. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

COOK, J., not participating.

**95–193.** State v. Wilburn. *Cuyahoga County*, No. 66385. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–194.** State v. Williams. *Hamilton County*, No. C–940074. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

## DISCRETIONARY APPEALS ALLOWED

**94–2284.** Redman v. Ohio Dept. of Indus. Relations, Ohio Div. of Mines. *Franklin County*, Nos. 93APE12–1670 and 93APE12–1671. The discretionary appeal is allowed on Propositions of Law II and IV only.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., would also allow the other propositions of law.

WRIGHT and RESNICK, JJ., dissent and would not allow the discretionary appeal.

**94–2462.** State v. Waddell. *Franklin County*, No. 94APA03–328. The discretionary appeal is allowed on Proposition of Law No. III only.

WRIGHT, J., would also allow the other propositions of law.

COOK, J., would not allow the discretionary appeal.

**94–2488.** Harvey v. Shoup. *Portage County*, No. 93–P–0118. *Sua sponte*, cause held for the decision in 94–811, *Adamsky v. Buckeye Local School Dist.*, Medina County, No. 2258–M; briefing schedule stayed.

WRIGHT, J., dissents.

**94–2515.** Foster v. Cleveland Hts./Univ. Hts. Bd. of Edn. *Cuyahoga County*, No. 66852. *Sua sponte*, cause held for the decision in 94–811, *Adamsky v. Buckeye Local School Dist.*, Medina County, No. 2258–M; briefing schedule stayed.